IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS L. HARRIS                                                                PLAINTIFF

VS.                              CASE NO. 4:03CV00727

R.I. BROWNLEE, ACTING
SECRETARY, DEPARTMENT OF
THE ARMY                                                                        DEFENDANT

**ORDER**

In May of 2005, the parties filed a joint motion to stay discovery pending the Court's determination of plaintiff's claim of breach of the settlement agreement. Trial is set in this matter for March 27, 2006.

To facilitate the Court's determination on the breach of the settlement agreement, plaintiff is directed to file a Motion to Enforce the Settlement on, or before, January 31, 2006. Defendant is to file a response on, or before, February 15, 2006.

IT IS SO ORDERED THIS  17  day of January, 2006.

James M. Moody
United States District Judge